UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDISON L. CATOTA PALLO,

                    Petitioner,

      -v-

LAWRENCE CATLETTI *et al.*,

                    Respondents.

---

26 Civ. 6128 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Having consulted the District's Office of Pro Se litigation, the Court reports that the petition in the above-captioned case was filed on Monday, July 20, 2026 at 12:03 p.m. The Court invites the parties to each submit a letter no later than 5 p.m. on Monday, July 27, 2026 with their views on the proper disposition of this case.

Dated: July 24, 2026
      New York, New York

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge