UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDISON L. CATOTA PALLO, Petitioner, -v- LAWRENCE CATLETTI *et al.*, Respondents. | 26 Civ. 6128 (PAE) ORDER |

PAUL A. ENGELMAYER, District Judge:

On July 2, 2026, petitioner Catota Pallo filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by the United States Immigration and Customs Enforcement ("ICE"). Dkt. 1. On September 4, 2026, the Court granted in part and denied in part the petition, holding that "Catota Pallo is entitled to a prompt bond hearing under [8 U.S.C.] § 1226(a)," yet "no such hearing ha[d] yet been held." Dkt. 14 at 1–2. The Court thus ordered an immigration judge to, by September 11, 2026, "hold a bond hearing, at which the Government shall bear the burden of proving, by clear and convincing evidence, that Catota Pallo is a danger to the community or a flight risk." *Id.* at 8. The Court also ordered the Government to, within 48 hours of the bond hearing, "file a letter on the docket of this case stating the outcome of the hearing" and "promptly order a transcript or recording of the hearing, and file such on the docket." *Id.*

On September 23, 2026, the Government informed the Court that "the court-ordered bond hearing took place on September 10," and that "[t]he immigration judge determined that ICE had met its burden of demonstrating both danger and flight risk, and that no alternative, noncustodial conditions of release would mitigate those concerns." Dkt. 15. On September 29, 2026, the

Government filed the transcript of that hearing with the Court, confirming their account. Dkt. 17. Neither party has taken any further action in this case.

In light of these developments, no issues remain pending. The Court respectfully directs the Clerk of Court to close the case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 23, 2026
New York, New York